HONORABLE LONNY R. SUKO

James B. King, WSBA #8723
Christopher J. Kerley, WSBA #16489
Markus W. Louvier, WSBA #39319
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants
IMCO GENERAL CONSTRUCTION, INC.
FRANK IMHOF

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LYLE WIXOM,**<br><br>                                  Plaintiff,<br><br>vs.<br><br>**IMCO GENERAL CONSTRUCTION, INC., a Washington corporation; FRANK IMHOF, an individual,**<br><br>                                  Defendants. | Case No.   CV-12-413-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

        BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 81). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without an award of costs or attorney's fees to either party. Fed. R. Civ.P. 41(a)(1)(A)(ii).

ORDER FOR DISMISSAL WITH
PREJUDICE: Page 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' Stipulation for Dismissal (ECF No. 81), all claims and cause of action in this matter, including counterclaims, are DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES TO ANY PARTY.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

DONE IN COURT THIS 15th of August, 2013.

*s/Lonny R. Suko*

_____

LONNY R. SUKO
United States District Court Judge

ORDER FOR DISMISSAL WITH
PREJUDICE: Page 2